393 A.2d 1295

Parr Engineering Company et al. v. Hagan
Computer Systems, Appellant.

Argued April 17, 1978. Robert W. Doty, with him Peter C. Baggerman, for appellant; John M. Feeney, with him Dina G. McIntyre, for appellees.

Order affirmed.

393 A.2d 1296

Pennington v. Nationwide Mutual Insurance
Co., Appellant, et al.

Argued April 11, 1978. C. S. Fossee, with him Murovich, Reale & Fossee, for appellant; Franklyn E. Conflenti, with him David R. Cashman, for appellee.

Judgment affirmed.